B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nichols, Natalie Lynn** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6179** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3311 Franklin Ave**<br>**Coconut Grove, FL**<br>ZIP Code **33133** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nichols, Natalie Lynn** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Zach B. Shelomith                    December 16, 2013** Signature of Attorney for Debtor(s)                    (Date) **Zach B. Shelomith 0122548** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Nichols, Natalie Lynn**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Natalie Lynn Nichols**
Signature of Debtor  **Natalie Lynn Nichols**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 16, 2013**
Date

### Signature of Attorney*

X **/s/ Zach B. Shelomith**
Signature of Attorney for Debtor(s)

**Zach B. Shelomith 0122548**
Printed Name of Attorney for Debtor(s)

**Leiderman Shelomith, P.A.**
Firm Name

**2699 Stirling Road, Suite C401**
**Ft. Lauderdale, FL 33312**
_____
Address

**Email: zshelomith@lslawfirm.net**
**(954) 920-5355  Fax: (954) 920-5371**
Telephone Number

**December 16, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re  __Natalie Lynn Nichols_____ Case No. _____

Debtor(s)    Chapter  __11_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Natalie Lynn Nichols**

                      **Natalie Lynn Nichols**

Date:   **December 16, 2013**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Natalie Lynn Nichols**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Abe Spivak**<br>**1835 E Hallandale Beach Blvd # 772**<br>**Hallandale Beach, FL 33009** | **Abe Spivak**<br>**1835 E Hallandale Beach Blvd # 772**<br>**Hallandale Beach, FL 33009** | **unpaid legal bill** | | **500.00** |
| **Capital One Bank**<br>**POB 650007**<br>**Dallas, TX 75265-0007** | **Capital One Bank**<br>**POB 650007**<br>**Dallas, TX 75265-0007** | **credit card purchases** | | **8,000.00** |
| **D & D Aluminum Distributors, Inc.**<br>**7500 Washington St**<br>**Hollywood, FL 33023** | **D & D Aluminum Distributors, Inc.**<br>**7500 Washington St**<br>**Hollywood, FL 33023** | **unpaid shutter installation charges** | | **1,500.00** |
| **David Herskowich, Dentist, P.A.**<br>**19016 NE 29 Ave**<br>**Aventura, FL 33180** | **David Herskowich, Dentist, P.A.**<br>**19016 NE 29 Ave**<br>**Aventura, FL 33180** | **unpaid medical bill** | | **421.00** |
| **Enhanced Recovery Company, LLC**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | **Enhanced Recovery Company, LLC**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | **unpaid AT&T Mobility bills** | | **1,184.13** |
| **Eric and Isabelle Castro**<br>**1551 Stillwater Dr**<br>**Miami Beach, FL 33141** | **Eric and Isabelle Castro**<br>**1551 Stillwater Dr**<br>**Miami Beach, FL 33141** | **alleged/potential dog bite claim** | **Unliquidated Disputed** | **10,060.00** |
| **JPMorgan Chase Bank, N.A.**<br>**POB 24696**<br>**Columbus, OH 43224** | **JPMorgan Chase Bank, N.A.**<br>**POB 24696**<br>**Columbus, OH 43224** | **Investment Real Property located at:**<br>**1541 Stillwater Dr, Miami Beach, FL 33141-1039** | | **1,665,867.79**<br><br>**(875,000.00 secured)** |
| **Lynn Esco**<br>**3565 Matheson Ave**<br>**Miami, FL 33133-6847** | **Lynn Esco**<br>**3565 Matheson Ave**<br>**Miami, FL 33133-6847** | **unpaid personal loans** | | **29,455.00** |
| **Mercy Hospital**<br>**POB 741547**<br>**Atlanta, GA 30374-1547** | **Mercy Hospital**<br>**POB 741547**<br>**Atlanta, GA 30374-1547** | **unpaid medical bill** | | **2,171.69** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Natalie Lynn Nichols**                                     Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Metropolitan Dade County, FL<br>Code Enforcement<br>111 NW 1 St # 1750<br>Miami, FL 33128-1981 | Metropolitan Dade County, FL<br>Code Enforcement<br>111 NW 1 St # 1750<br>Miami, FL 33128-1981 | Investment Real Property located at:<br>801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117<br>(This property is a 4-plex.) | | 2,260.00<br>(445,000.00 secured)<br>(1,003,907.00 senior lien) |
| Miami-Dade Code Enforcement<br>Clerk of Courts<br>111 NW 1 St # 17-50<br>Miami, FL 33128 | Miami-Dade Code Enforcement<br>Clerk of Courts<br>111 NW 1 St # 17-50<br>Miami, FL 33128 | unpaid citation | | 1,015.00 |
| Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | Investment Real Property located at:<br>1541 Stillwater Dr, Miami Beach, FL 33141-1039 | | 17,531.60<br>(875,000.00 secured)<br>(1,665,867.79 senior lien) |
| Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | Investment Real Property located at:<br>801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117<br>(This property is a 4-plex.) | | 10,406.94<br>(445,000.00 secured)<br>(1,006,194.47 senior lien) |
| Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | Investment Real Property located at:<br>1531 Stillwater Dr, Miami Beach, FL 33141-1039 | | 20,573.25<br>(975,000.00 secured)<br>(1,068,508.98 senior lien) |
| Nationwide Recovery<br>215 2 St NW<br>Cleveland, TN 37311 | Nationwide Recovery<br>215 2 St NW<br>Cleveland, TN 37311 | unpaid medical bill (Sheridan Health) | | 306.00 |
| Physicians Services<br>c/o HRRG<br>POB 189053<br>Fort Lauderdale, FL 33318-9053 | Physicians Services<br>c/o HRRG<br>POB 189053<br>Fort Lauderdale, FL 33318-9053 | unpaid medical bill | | 1,145.35 |

B4 (Official Form 4) (12/07) - Cont.

In re  __Natalie Lynn Nichols__                                          Case No.  _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Select Portfolio Servicing, Inc.<br>POB 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc.<br>POB 65250<br>Salt Lake City, UT 84165-0250 | Investment Real Property located at:<br>1531 Stillwater Dr, Miami Beach, FL 33141-1039 | | 1,068,508.98<br><br>(975,000.00 secured) |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd # 300<br>Highlands Ranch, CO 80129 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd # 300<br>Highlands Ranch, CO 80129 | Investment Real Property located at:<br>801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117<br>(This property is a 4-plex.) | | 1,003,907.00<br><br>(445,000.00 secured) |
| Stephanie Granda<br>9370 SW 72 St # A-212<br>Miami, FL 33173 | Stephanie Granda<br>9370 SW 72 St # A-212<br>Miami, FL 33173 | unpaid legal bill | | 500.00 |
| Vail Valley Medical 1sts<br>c/o The Advantage Group<br>POB 1180<br>Grand Junction, CO 81502-1180 | Vail Valley Medical 1sts<br>c/o The Advantage Group<br>POB 1180<br>Grand Junction, CO 81502-1180 | unpaid medical bill | | 804.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Natalie Lynn Nichols**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __December 16, 2013__                    Signature  __/s/ Natalie Lynn Nichols__
                                                                                     **Natalie Lynn Nichols**
                                                                                     Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Natalie Lynn Nichols**                       ,       Case No. _____

                               Debtor            Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,295,000.00 | | |
| B - Personal Property | Yes | 4 | 172,248.53 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,789,083.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 57,851.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 9,486.23 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 16,391.78 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 2,467,248.53 | | |
| Total Liabilities | | | | 3,846,934.04 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Southern District of Florida

In re      **Natalie Lynn Nichols**

_____,
                                    Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Natalie Lynn Nichols**                                          ,         Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Investment Real Property located at:**<br>**801, 803, 805, and 807 86 St, Miami Beach, FL**<br>**33141-1117**<br>**(This property is a 4-plex.)** | **Fee Simple** | - | **445,000.00** | **1,016,601.41** |
| **Investment Real Property located at:**<br>**1541 Stillwater Dr, Miami Beach, FL 33141-1039** | **Fee Simple** | - | **875,000.00** | **1,683,399.39** |
| **Investment Real Property located at:**<br>**1531 Stillwater Dr, Miami Beach, FL 33141-1039** | **Fee Simple** | - | **975,000.00** | **1,089,082.23** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,295,000.00** | (Total of this page) |
| Total > | **2,295,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Natalie Lynn Nichols**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash in Debtor's possession** | - | 310.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PayPal**<br>**The account # is Debtor's personal yahoo e-mail address.** | - | 0.00 |
| | | **PayPal**<br>**The account # is Debtor's personal gmail e-mail address.** | - | 0.00 |
| | | **City National Bank**<br>**Special Checking Acct**<br>**Acct # 2186** | - | 2,095.57 |
| | | **AmTrust Bank**<br>**My Community Free Checking Acct**<br>**Acct # 3333** | - | 425.35 |
| | | **USAA Federal Savings Bank**<br>**Secure Checking Acct**<br>**Acct # 2441** | - | 353.72 |
| | | **City National Bank**<br>**Regular Checking Acct**<br>**Acct # 2995** | - | 1,485.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits: (Landlord at 3311 Franklin Ave, Miami, FL 33141 - $500.00, FPL (1531 Stillwater - $854.00, 1541 Stillwater - $970.00, and 807 86 St - $312.00), and Teco Peoples Gas (1531 Stillwater - $95.00, and 807 86 St - $55.00))** | - | 2,786.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **See the attached detailed personal property inventory prepared by Stampler Auctions** | - | 9,015.00 |
| | | **Household Goods and Furnishings (3311 Franklin Dr): (1 secretary - $200.00, 1 couch - $400.00, 1 dresser - $180.00, 1 39" Colby television - $75.00, and 1 19" Colby television - $25.00)** | - | 880.00 |

Sub-Total >          **17,350.64**
(Total of this page)

___3___    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Natalie Lynn Nichols**                                                      ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **See the attached detailed personal property inventory prepared by Stampler Auctions (value is included in item #4)** | - | 0.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **See the attached detailed personal property inventory prepared by Stampler Auctions (value is included in item #4)** | - | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Investments Fidelity Rollover IRA Acct # 5397** | - | 153,112.89 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >        153,112.89
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Natalie Lynn Nichols** , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **On 10/15/2010, Debtor obtained a Final Judgment for Removal of Tenant against Derek L. Wilson and Manamie Grannum in which she was awarded costs in the amount of $285.00. Debtor has not collected this debt.** | - | 285.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor filed a counterclaim against Gregg Hinds in an eviction filed that he filed against her. He has since dismissed his action. Debtor still believes she is owed money by Mr. Hinds.** | - | 1,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licenses: (Florida fishing license - no commercial value, real estate broker or sales license - no commercial value)** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1982 Checkmate Boats Inc Predictor II boat Hull ID #: CHK18235M82B Broken and inoperable (See the attached detailed personal property inventory prepared by Stampler Auctions. The value is included in item #4.)** | - | 0.00 |

Sub-Total > 1,785.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Natalie Lynn Nichols**                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **See the attached detailed personal property inventory prepared by Stampler Auctions (value is included in item #4)** | - | 0.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **Pets: (1 mutt - no commercial value)** | - | 0.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **See the attached detailed personal property inventory prepared by Stampler Auctions (value is included in item #4)** | - | 0.00 |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 172,248.53 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*Harry P. Stampler, Inc.*

# PERSONAL PROPERTY

# APPRAISAL

## FAIR MARKET VALUE

### Re:

## NATALIE NICHOLS

Prepared for:

*Natalie Nichols*

# Harry P. Stampler, Inc.

*1914 Tigertail Boulevard*
*Dania, Florida 33004*

June 10, 2013

Natalie Nichols
1541 Stillwater Drive
Miami Beach, Florida 33141

Re:    Personal Property Appraisal
       Natalie Nichols

Dear Ms. Nichols

We inspected the personal property located at 1541 Stillwater Drive, Miami Beach, Florida 33141.

The asset list and photographs are attached with fair market values as follows:

| | |
|---|---|
| RESIDENCE – 1541 STILLWATER DRIVE | $ 2,290.00 |
| RESIDENCE – 1531 STILLWATER DRIVE | $ 3,325.00 |
| STORAGE UNIT | $ 305.00 |
| RENTAL UNITS – 86TH AVENUE | $ 2,795.00 |
| RENTAL APARTMENT – FRANKLIN AVENUE | $ 300.00 |

Looking forward to being of further service.

Very truly yours

**HARRY P. STAMPLER, INC.**

Martin Claire
Vice President
ISA

MC/clc
Enclosures

cc:  Zach Shelomith, Esquire

*Telephone 954.921.8888 ❖ Toll Free 800.330.BIDS ❖ Facsimile 954.342.2080*
*website www.stamplerauctions.com ❖ email info@stamplerauctions.com*
*You'll Profit From Our Experience™*

# STANDARD TERMS AND LIMITING CONDITIONS

1.  A personal inspection of the property being appraised has been made.  The values expressed herein are based on the best judgments of the Appraiser and/or Review Appraiser, if applicable.

2.  Neither Harry P. Stampler, Inc., nor any of its employees has any financial interest in the property being appraised.

3.  The fee and/or compensation for this Appraisal Report are not contingent upon the reported values.

4.  This Appraisal is based only on the readily apparent identity of the assets being appraised, unless otherwise stated herein.  No further opinion, guarantee, authentication, genuineness, attribution or authorship is made or intended.

5.  Unless otherwise stated herein, no consideration has been given to liens, encumbrances or fractional interests, which may be held against certain of or all of the assets being appraised or against the business as a whole.

6.  This is a valid appraisal as of the dates noted. Said Report is based upon opinions derived from facts and data set forth in the Report and on analysis of the assets being appraised.  Any changes in the nature and condition of the assets subsequent to our inspection could change the results of this Report.  The values contained should not be considered as a guarantee of any sort.

7.  Without previous written consent, no portion of the Appraisal Report may be reproduced, copied or utilized by any party other than the party that the appraisal was prepared for.  Even then, the Report will only be valid if inclusive of all documents, letters, and supporting material originally supplied by the Appraiser.

8.  The Appraiser is not responsible for any unauthorized changes and only said Appraiser or Review Appraiser shall make changes to the Appraisal Report.

9.  This Appraisal Report is prepared for the parties named.  In no way does this indicate or certify title to or ownership of the assets being appraised.

10.  This Appraisal Report is prepared based on the comprehensive standards and requirements of the International Society of Appraisers (ISA) and the Uniform Standards of Professional Appraisal Practice (USPAP).

11.  A Review Appraiser, if applicable, will confirm the adequacy and appropriateness of the report being reviewed.

12.  Ordinary wear and tear common to the assets being appraised is not noted.  Any serious deficiencies and/or repairs obvious to the Appraiser will be included with the report.

13.  No responsibility is assumed for matters of a legal nature.  If additional services are requested of the Appraiser and/or Review Appraiser, in conjunction with this Report, (i.e.: Pretrial Conferences, Depositions, Court Appearances, Additional Research and Documentation, etc.) compensation for same shall be at the customary hourly rate charged by the Appraiser at that time.  A retainer will be required prior to said work and full and final settlement shall be made immediately upon receipt of a statement for such work.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS

**A. VALUE DEFINITIONS**

1. **Replacement Value** is primarily an insurance term meaning the cost to replace an item with another having similar qualities within a reasonable amount of time in the relevant market place. Takes into consideration costs incurred by engaging an interior designer, shipping, and the costs associated with purchasing from a specific source.

   A. **Replacement cost (new)** is the cost necessary to replace an item of personal property with a NEW item of like kind, quality, and utility.

      1. Considerations of wear and tear, decay or defects within the property itself (functional obsolescence) and changes external to the property such as changes in style (economic obsolescence) are eliminated by this concept.

      2. This definition assumes that an exact substitute can be found for property being appraised or recognizes that the item is being upgraded to a newer model, style, etc.

      3. Replacement cost new is used primarily for items that are still being manufactured and/or are still available on the open market. Examples include general household contents such as lawn mowers, televisions, and sterling silver flatware in a pattern that is still being manufactured.

   B. **Replacement cost (comparable)** is the cost necessary to replace an item of personal property with a COMPARABLE item of like kind, age, quality, and utility having similar wear and tear, decay or defects, and obsolescence as the items being appraised.

2. **Reproduction cost** is the total current cost of constructing an exact replica, using the same materials and construction techniques as the original by a qualified artist or craftsman.

3. **Actual cash value** is an insurance term defined in most states as replacement cost less depreciation. Depreciation, in this instance, typically refers to an incremental reduction in value based on age/life formulas commonly in use within the insurance industry. Actual cash value is usually established by the adjuster based on these depreciation standards and guidelines.

   A. Actual cash value is not applicable to scheduled items such as jewelry, furs, etc.

4. **Liquidation Values (Auction Values)**

   A. **LIQUIDATION VALUE** (Auction Value) is the most probable price for which an item would change hands **if sold immediately** without regard to the most appropriate market. There is not enough time to find an open market and the property is being sold under compulsion, such as a court-ordered sale within three days.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS

    B.  **AUCTION VALUE** is the most probable price for which an item would change hands between knowledgeable buyers and sellers if sold in an orderly manner, properly advertised, **allowing a reasonable amount of time** to complete the transaction in an appropriate marketplace.

5.  **Value in use** is the value of property taking into consideration the extent to which the property contributes to the needs of the owner, or to the success of a business.

6.  **Net Value** represents the anticipated net proceeds that would be yielded from an orderly liquidation of property.  Net proceeds equal the gross proceeds less costs associated with the sale such as auctioneer's commission, hauling, advertising, taxes, etc.

7.  **AUCTION VALUE (FMV)** is a specific hypothetical concept of value defined by a legal or regulatory jurisdiction and varies with individual jurisdictions.  It is important that Appraisers understand the FMV definition, which applies to the function (assigned use) being considered and to the jurisdiction within which the Appraiser is operating.

    A.  FMV, as defined below, is the only value used by the IRS when pertaining to estate tax, gift tax, income tax (including charitable donation deductions), casualty loss, bankruptcy, etc.

    B.  FMV differs from other types of equitable and fair values in that FMV assumes that the enjoyment of **retained benefits** (to sell and enjoy the proceeds, or to keep and enjoy the use) will continue, i.e. the property is taxed on its value **held** or **unsold**.

    C.  The following sections define AUCTION VALUE as used by the Federal government in assessing tax liabilities:

        1.  Internal Revenue Regulation Section 1.170A-1(c)(2) defines **AUCTION VALUE** (FMV) as "The price at which property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts."

           A.  Treasury Regulations define AUCTION VALUE in precisely the same terms (Treasury Regulation Section 20.2031-1(b)), but go on to provide guidance on how the **market** is selected for valuation purposes:

               1.  "AUCTION VALUE is not to be determined by a forced sale..."

               2.  "...Nor is the AUCTION VALUE of an item of property to be determined by the sale price of the item in a *market other than that in which such an item is most commonly sold to the public*..."

               3.  "...Taking into consideration the location of the item wherever appropriate."

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS (cont.)

    a.    For art and antiques, the improvement in worldwide communications, travel and transportation have caused the market to become largely international and homogenous. The issue of location is not significant when items can be easily examined and transported anywhere in the world.

B.    Central to this definition is the Appraiser's ability to determine the most appropriate (i.e., active and, therefore, relevant) market. This is referred to as the most common market. The most common market may be at auction, at retail, or at wholesale.

C.    The willing buyer (i.e. buyer) is defined as the retail customer who is the ultimate consumer or the most customary consumer and is not limited to individuals. The public refers only to customary purchasers of an item, not all purchasers. The ultimate consumer is further defined as one who does    not purchase the items for resale, at least in their current form.

    1.    The ultimate consumer, or "public", in the case of a large quantity of low quality unmounted gemstones would be jewelry stores or jewelry manufacturers and not individual consumers. The ultimate consumer for cattle would be a livestock auction, not supermarket shoppers.

    2.    On the other hand, the AUCTION VALUE for a used automobile is the price for which it could be purchased by a member of the general public, not the price for which it would be purchased by a used car dealer whose intent is resale.

D.    The **relevant market** is that market in which the property most commonly sells to the public.

    1.    Individuals might be able to purchase a contemporary artist's work from a gallery, but if they most commonly purchase directly from the artist himself, then that is the relevant market.

    2.    A large number of outdated medical journals were contributed by a taxpayer who was not a dealer in used books; the taxpayer claimed a deduction based on the retail price of new issues. However, the only market available (thus a "consumer sale") to the taxpayer was sale to second-hand book dealer. Accordingly, the court held that AUCTION VALUE should be computed on the price a secondhand book dealer would pay.

E.    The ultimate consumer often has the choice of purchasing at more than one price; however, comparable sales to the ultimate consumer must not consider only the highest price that <u>could</u> be paid but rather the price <u>most commonly</u> paid within that market in which sales most commonly occur.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS (cont.)

    F.   The government considers a buyer's premium as a component of the purchase price and, as such, a part of FMV.

        1.   FMV represents the amount of money that would be <u>obtained</u> rather than <u>retained</u> (i.e., net) from an arm's-length transaction between willing parties.

    G.   The concept of AUCTION VALUE assumes that a **reasonable time** is available in which the transaction can occur.  Allowances are made for such necessities as transporting, cleaning, repair, advertising, and conducting of the sale.  Reasonable time is of sufficient duration that the seller is not under compulsion to sell, i.e. the sale is not considered as being under distress.

8.   **Market value** is similar to FMV except that the lack of compulsion to buy or sell is removed (i.e. the sale will be consummated by a particular date) and the assumption of a sale within a specified time frame is added.

    Caution:  In some jurisdictions **market value** and **AUCTION VALUE** are used interchangeably.  The *Uniform Standards of Professional Appraisal Practice (USPAP)* defines market value as:

    "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as a specified date and the passing of title from seller to buyer under conditions whereby:

        1.   Buyer and seller are typically motivated,

        2.   Both parties are well informed or well advised, and acting in what they consider their best interests,

        3.   A reasonable time is allowed for exposure in the open market,

        4.   Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto, [In foreign jurisdictions, the use of the local currency should be noted along with appropriate exchange rates used. -Ed.],

        5.   The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*Harry P. Stampler, Inc.*

## DEFINITIONS OF VALUE AND MARKETS (cont.)

**B. MARKET DEFINITIONS**

1. The purpose and function (assigned use) of an appraisal determines the most appropriate market to which the Appraiser must go to find comparable sales. The most appropriate market will depend on what is being sold, the quantity being sold, the quality of the property being sold, and the urgency with which the property must be sold.

    A. The **retail market** is the most common market in which items are sold at retail. Examples are antique shops, art galleries, department stores, discount stores, flea markets, estate tag sales, etc.

    B. The **distress market** is the market in which property is sold within a limited time frame.

    C. The **orderly liquidation market** is the market in which property is regularly sold in an orderly and advertised fashion but for which time constraints apply. Examples are auction galleries, on-site auctions, and estate tag sales.

    D. The **wholesale market** is the market in which wholesalers can sell to the trade and dealers can buy for resale to the public.

2. Markets may vary depending on:

    A. Property condition

    B. Property quantity

    C. Property quality

    D. Urgency to sell

    E. Availability of financing

*Harry P. Stampler, Inc.*

## CERTIFICATE OF APPRAISER

**I certify that:**

1. On May 29, 2013, I, Martin Claire, personally inspected the property appraised;

2. The statements contained in this appraisal and upon which the opinions expressed herein are based, are true and correct to the best of my knowledge and belief, subject to the limiting conditions set forth;

3. To the best of my knowledge and belief, no pertinent information has been overlooked or withheld; and

4. I have no interest either present or contemplated in the property appraised or in any proceeds to be derived there from.

5. My compensation is not contingent upon any action or event resulting from the analyses, opinions or conclusions in, or the use of, this report;

6. My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practices;

7. No one provided significant professional assistance to the person(s) signing this report.

Signed this 10th day of June, 2013

Harry P. Stampler, Inc.

Martin Claire, ISA
Vice President

*USPAP Compliant*

Sworn to and subscribed before me this 10th day of June, 2013

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires:  OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

*Harry P. Stampler, Inc.*

# NATALIE NICHOLS

## PERSONAL PROPERTY APPRAISAL

**DATE OF REPORT:**
June 10, 2013

**ATTORNEY:**
Zach Shelomith, Esquire

**CLIENT / LOCATIONS:**
Natalie Nichols
Residence – 1541 Stillwater Drive, Miami Beach FL 33141
Residence – 1531 Stillwater Drive, Miami Beach FL 33141
Storage Unit #3198 – 7850 West 4 Avenue, Hialeah FL 33014
Rental Units – 86th Avenue, Miami Beach FL 33141
Rental Apartment – 3311 Franklin Avenue, Miami FL 33133

**EFFECTIVE DATE OF APPRAISAL:**
May 29, 2013

**FAIR MARKET VALUATIONS OF PROPERTY:**

RESIDENCE – 1541 STILLWATER DRIVE ........................................$    2,290.00
RESIDENCE – 1531 STILLWATER DRIVE ........................................$    3,325.00
STORAGE UNIT ................................................................................$       305.00
RENTAL UNITS – 86TH AVENUE......................................................$    2,795.00
RENTAL APARTMENT – FRANKLIN AVENUE ...............................$       300.00


Martin Claire
Senior ISA Appraiser
June 10, 2013


*USPAP Compliant*


Sworn to and subscribed before me this 10th day of June, 2013

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038594
Expires:  OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

Notary Public – State of Florida
My Commission Expires:

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS
### RESIDENCE - 1541 STILLWATER DRIVE
INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|---|---|---|---|
| **HALL** | | | **10.00** |
| 1 | 1 | WOOD BOOKCASE - POOR CONDITION | 10.00 |
| | | | |
| **BEDROOM #1 (FRONT)** | | | **385.00** |
| 2 | 1 | WOOD FRAME KING SIZE BED WITH BEDDING - FAIR CONDITION | 150.00 |
| 3 | 1 | WOOD DRESSER WITH MIRROR - FAIR CONDITION | 75.00 |
| 4 | 2 | WOOD NIGHT STANDS - FAIR CONDITION | 50.00 |
| 5 | 1 | VINYL RECLINER CHAIR | 60.00 |
| 6 | 1 | SONY 37" TELEVISION - OLD | 25.00 |
| 7 | 1 | WOOD FRAME SIDE CHAIR | 10.00 |
| 8 | 2 | TABLE LAMPS | 15.00 |
| | | | |
| **BEDROOM #2** | | | **275.00** |
| 9 | 1 | QUEEN SIZE BED WITH HEADBOARD - POOR CONDITION - BELONGS TO FRIEND | 100.00 * |
| 10 | 1 | WOOD DRESSER WITH 5 DRAWERS - POOR CONDITION | 50.00 |
| 11 | 1 | WOOD NIGHT STAND | 30.00 |
| 12 | 2 | ASSORTED TABLE LAMPS | 20.00 |
| 13 | 1 | WOOD STOOL | 10.00 |
| 14 | 1 | SANYO 27" TELEVISION - OLD / POOR CONDITION | 15.00 |
| 15 | 1 | CLOTH FOLDING BED | 50.00 |
| | | | |
| **BEDROOM #3** | | | **260.00** |
| 16 | 1 | FULL SIZE BED WITH WOOD HEADBOARD | 100.00 |
| 17 | 1 | WOOD NIGHT STAND | 20.00 |
| 18 | 1 | TABLE LAMP | 10.00 |
| 19 | 1 | FRAMED PRINT - 2'x3' | 15.00 |
| 20 | 1 | FRAMED PRINT - 18"x30" | 10.00 |
| 21 | 1 | KENMORE WASHING MACHINE - FAIR CONDITION | 75.00 |
| 22 | 1 | HOT POINT DRYER - OLD / POOR CONDITION | 30.00 |
| | | | |
| **LIVING ROOM** | | | **515.00** |
| 23 | 1 | GE REFRIGERATOR - NOT WORKING / NEEDS REBUILDING | 25.00 |
| 24 | 1 | WOOD ARMOIRE | 50.00 |
| 25 | 1 | VINYL 3 PIECE SECTIONAL SOFA | 150.00 |

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS
## RESIDENCE - 1541 STILLWATER DRIVE
### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|--------------------------|
| 26 | 1 | COCKTAIL TABLE | 30.00 |
| 27 | 1 | AREA RUG - 5'x8' - WORN | 20.00 |
| 28 | 1 | TABLE LAMP | 10.00 |
| 29 | 2 | WHITE CLOTH CLUB CHAIRS - WORN | 50.00 |
| 30 | 2 | WOOD END TABLES | 40.00 |
| 31 | 2 | FRAMED PRINTS - 20"x28" | 50.00 |
| 32 | 2 | SIDE CHAIRS - POOR CONDITION | 20.00 |
| 33 | 1 | SMALL PRINT | 5.00 |
| 34 | 1 | LOT BRIC-A-BRAC | 10.00 |
| 35 | 1 | DRESSER - DAMAGED / POOR CONDITION | 0.00 |
| 36 | 1 | FRAMED PRINT - 2'x3' | 10.00 |
| 37 | 1 | SHARP 27" TELEVISION - OLD / POOR CONDITION | 20.00 |
| 38 | 1 | FIGURINE - DOLPHINS | 25.00 |
| **KITCHEN** | | | **255.00** |
| 39 | 1 | FRIGIDAIRE STAINLESS STEEL REFRIGERATOR / FREEZER | 100.00 |
| 40 | 1 | LOT SMALL APPLIANCES | 15.00 |
| 41 | 1 | GE STAINLESS STEEL DISHWASHER | 50.00 |
| 42 | 1 | KENMORE WALL OVEN - BUILT-IN | 30.00 |
| 43 | 1 | PANASONIC MICROWAVE - OLD / POOR CONDITION | 10.00 |
| 44 | 1 | IKEA STAINLESS STEEL ELECTRIC RANGE - POOR CONDITION | 50.00 |
| **DINING ROOM** | | | **135.00** |
| 45 | 1 | KENMORE MICROWAVE | 15.00 |
| 46 | 1 | WOOD DINING TABLE - DAMAGED TOP / POOR CONDITION | 40.00 |
| 47 | 6 | ASSORTED WOOD FRAME CHAIRS | 60.00 |
| 48 | 1 | BENCH | 20.00 |
| **FAMILY ROOM** | | | **455.00** |
| 49 | 1 | WHITE FABRIC SOFA - WORN / POOR CONDITION | 25.00 |
| 50 | 1 | RADIO | 10.00 |
| 51 | 1 | FIGURINE - BIRDS - BELONGS TO MOTHER | 100.00 * |
| 52 | 1 | FRAMED PRINT - 16"x20" | 10.00 |
| 53 | 1 | CLUB CHAIR - WORN / POOR CONDITION | 25.00 |
| 54 | 1 | SIDE CHAIR | 20.00 |
| 55 | 1 | COCKTAIL TABLE - POOR CONDITION | 15.00 |

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

## RESIDENCE - 1541 STILLWATER DRIVE

### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|---|---|---|---|
| 56 | 2 | ASSORTED SIDE CHAIRS | 20.00 |
| 57 | 1 | LOT BRIC-A-BRAC | 10.00 |
| 58 | 2 | WHITE BOOKCASES | 15.00 |
| 59 | 1 | CURIO SHELF UNIT | 10.00 |
| 60 | 2 | FRAMED PRINTS | 20.00 |
| 61 | 1 | ETEC 52" TELEVISION | 150.00 |
| 62 | 1 | SAMSUNG DVD PLAYER | 25.00 |
| | | | |
| | | **TOTAL FAIR MARKET VALUE** | **2,290.00** |

Inspected on May 29, 2013 by Martin Claire

Respectfully Submitted

**Harry P. Stampler, Inc.**

Martin Claire
Vice President
ISA

Sworn to & subscribed before me this
10th day of June, 2013.

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires: OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

## RENTAL UNITS

### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|---|---|---|---|
| **UNIT 801 - 86th STREET MIAMI BEACH** | | | **390.00** |
| 1 | 1 | RANGE - OLD / POOR CONDITION | 50.00 |
| 2 | 1 | REFRIGERATOR - OLD / POOR CONDITION | 40.00 |
| 3 | 1 | BED | 50.00 |
| 4 | 1 | IKEA DRESSER | 40.00 |
| 5 | 2 | LOVE SEATS | 200.00 |
| 6 | 1 | COFFEE TABLE | 10.00 |
| **UNIT 803 - 86th STREET MIAMI BEACH** | | | **90.00** |
| 7 | 1 | SMALL REFRIGERATOR - OLD / POOR CONDITION | 40.00 |
| 8 | 1 | GAS OVEN - OLD | 50.00 |
| **UNIT 805 - 86th STREET MIAMI BEACH** | | | **90.00** |
| 9 | 1 | SMALL GAS OVEN - OLD | 50.00 |
| 10 | 1 | SMALL REFRIGERATOR - OLD | 40.00 |
| **UNIT 807 - 86th STREET MIAMI BEACH** | | | **2,225.00** |
| 11 | 1 | FOLDING TABLE | 25.00 |
| 12 | 2 | LAMPS | 30.00 |
| 13 | 1 | IKEA WARDROBE | 100.00 |
| 14 | 1 | IKEA DRESSER | 75.00 |
| 15 | 1 | OLEVIA FLAT SCREEN TELEVISION | 150.00 |
| 16 | 1 | DINING TABLE WITH 4 CHAIRS | 200.00 |
| 17 | 1 | LOVE SEAT | 200.00 |
| 18 | 1 | CHAIR | 30.00 |
| 19 | 1 | CHINA CABINET | 100.00 |
| 20 | 1 | LAMPS | 10.00 |
| 21 | 1 | NIGHT STAND | 20.00 |
| 22 | 1 | DRESSER - POOR CONDITION | 40.00 |
| 23 | 1 | QUEEN SIZE BED | 150.00 |
| 24 | 1 | IKE CABINET | 75.00 |
| 25 | 1 | PROSCAN 32" TELEVISION | 100.00 |
| 26 | 1 | FILE CABINET | 50.00 |
| 27 | 1 | HUTCH | 75.00 |

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

## RENTAL UNITS

### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|--------------------------|
| 28 | 1 | SOFA | 100.00 |
| 29 | 1 | COFFEE TABLE - POOR CONDITION | 25.00 |
| 30 | 1 | 42" FLAT SCREEN TELEVISION | 200.00 |
| 31 | 1 | TELEVISION STAND | 10.00 |
| 32 | 1 | IKEA CABINET | 75.00 |
| 33 | 1 | LOT POTS, PANS, DISHES, GLASSWARE, SMALLWARES, UTENSILS, ETC. | 30.00 |
| 34 | 1 | LOT LINENS, ETC. | 25.00 |
| 35 | 1 | MICROWAVE | 50.00 |
| 36 | 1 | REFRIGERATOR | 75.00 |
| 37 | 1 | DISHWASHER - POOR CONDITION | 40.00 |
| 38 | 1 | LOVE SEAT / OUTDOOR FURNITURE | 50.00 |
| 39 | 1 | CHAIR / OUTDOOR FURNITURE | 25.00 |
| 40 | 2 | CHAISE LOUNGES / OUTDOOR FURNITURE | 60.00 |
| 41 | 1 | BAR-B-QUE - OLD / POOR CONDITION | 10.00 |
| 42 | 1 | COFFEE TABLE / OUTDOOR FURNITURE | 20.00 |
| | | **TOTAL FAIR MARKET VALUE** | **2,795.00** |

Inspected on May 29, 2013 by Martin Claire

Respectfully Submitted

**Harry P. Stampler, Inc.**

Martin Claire
Vice President
ISA

Sworn to & subscribed before me this
10th day of June, 2013.

Notary Public – State of Florida
My Commission Expires: NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE033591
Expires: OCT. 31, 2015
BONDED THRU ATLANTIC BONDING CO., INC

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

### STORAGE UNIT - 7850 WEST 4 AVENUE #3198, HIALEAH FL 33014

#### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|-------------------------|
| CONTENTS | | | 305.00 |
| 1 | 28 | PLASTIC TOTE BOXES WITH FILES & CLOTHING | 140.00 |
| 2 | 1 | LOT ASSORTED CLOTHING | 50.00 |
| 3 | 1 | XEROX COPY MACHINE - OLD - BELONGS TO FRIEND | 75.00 * |
| 4 | 4 | WOOD FRAME CHAIRS - POOR CONDITION - BELONGS TO FRIEND | 40.00 * |
| | | **TOTAL FAIR MARKET VALUE** | 305.00 |

Inspected on May 29, 2013 by Martin Claire

Respectfully Submitted

**Harry P. Stampler, Inc.**

Martin Claire
Vice President
ISA

Sworn to & subscribed before me this
10th day of June, 2013.

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires:   OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

### RESIDENCE - 1531 STILLWATER DRIVE

**INSPECTED MAY 29, 2013**

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|---|---|---|---|
| | | **LIVING ROOM - FRONT** | **540.00** |
| 1 | 1 | MIRROR - 24"x24" | 10.00 |
| 2 | 3 | IRON CANDLESTICKS | 15.00 |
| 3 | 1 | WOOD CABINET - 24"x40" | 25.00 |
| 4 | 1 | KIMBALL UPRIGHT PIANO WITH BENCH - BELONGS TO SISTER | 250.00 * |
| 5 | 1 | MANTLE CLOCK | 10.00 |
| 6 | 2 | CANDELABRAS | 15.00 |
| 7 | 1 | SOFA WITH CUSHIONS & PILLOWS - POOR CONDITION | 50.00 |
| 8 | 1 | OTTOMAN | 20.00 |
| 9 | 1 | ROUND TABLE - 36" | 25.00 |
| 10 | 2 | TABLE LAMPS | 20.00 |
| 11 | 2 | SMALL ARM CHAIRS - BELONGS TO FATHER | 50.00 * |
| 12 | 1 | CABINET WITH 3 DRAWERS & MARBLE TOP | 40.00 |
| 13 | 1 | FLORAL DISPLAY | 10.00 |
| | | | |
| | | **DINING ROOM** | **355.00** |
| 14 | 1 | WOOD DINING TABLE WITH 5 WICKER CHAIRS - POOR CONDITION | 75.00 |
| 15 | 1 | MIRRORED WARDROBE - BELONGS TO MOTHER | 100.00 * |
| 16 | 1 | WOOD STAND WITH SHELVES | 25.00 |
| 17 | 1 | DRESSER WITH MARBLE TOP & MIRROR | 125.00 |
| 18 | 1 | VASE WITH FLORAL | 10.00 |
| 19 | 1 | WICKER TABLE WITH BASKETS | 20.00 |
| | | | |
| | | **LIVING ROOM - MIDDLE** | **235.00** |
| 20 | 1 | ELECTRIC HEATER | 20.00 |
| 21 | 1 | LG 42" TELEVISION - OLD | 75.00 |
| 22 | 1 | MIRROR - 30"x60" | 25.00 |
| 23 | 1 | PLANTER | 10.00 |
| 24 | 1 | TURNTABLE - OLD / POOR CONDITION | 5.00 |
| 25 | 2 | SCONCES - ON WALL | 15.00 |
| 26 | 3 | ASSORTED FRAMED PRINTS | 60.00 |
| 27 | 1 | LOT BRIC-A-BRAC, ETC. | 25.00 |

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

## RESIDENCE - 1531 STILLWATER DRIVE

### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|------|-----|-------------|-------------------------|
| **KITCHEN** | | | **360.00** |
| 28 | 1 | FRIGIDAIRE STAINLESS STEEL REFRIGERATOR / FREEZER | 150.00 |
| 29 | 1 | LG STAINLESS STEEL DISHWASHER | 50.00 |
| 30 | 1 | FRIGIDAIRE MICROWAVE | 25.00 |
| 31 | 1 | FRIGIDAIRE STAINLESS STEEL ELECTRIC STOVE | 75.00 |
| 32 | 1 | LOT POTS, PANS, DISHES, GLASSWARE, SMALLWARES, UTENSILS, ETC. | 60.00 |
| | | | |
| **DINING ROOM** | | | **385.00** |
| 33 | 1 | WOOD DINING TABLE WITH 6 WOOD FRAME CHAIRS - POOR CONDITION | 100.00 |
| 34 | 1 | SERVER WITH MARBLE TOP & HUTCH - BELONGS TO MOTHER | 250.00 * |
| 35 | 1 | CURIO CABINET WITH GLASS DOORS - POOR CONDITION | 25.00 |
| 36 | 1 | WOOD FRAMED SIDE CHAIR | 10.00 |
| | | | |
| **FAMILY ROOM** | | | **355.00** |
| 37 | 2 | BAR STOOLS - DAMAGED | 15.00 |
| 38 | 1 | AVANTI UNDER COUNTER REFRIGERATOR - NOT WORKING / POOR CONDITION | 10.00 |
| 39 | 1 | AVANTI ICE MAKER - NOT WORKING / POOR CONDITION | 10.00 |
| 40 | 1 | WOOD CHEST | 25.00 |
| 41 | 1 | WOOD ENTERTAINMENT UNIT | 50.00 |
| 42 | 1 | WOOD COCKTAIL TABLE WITH 2 DRAWERS - POOR CONDITION | 30.00 |
| 43 | 1 | CLOTH LOVE SEAT - WORN | 25.00 |
| 44 | 1 | FAUX SUEDE SOFA - WORN / STAINED | 50.00 |
| 45 | 1 | SMALL WOOD END TABLE | 15.00 |
| 46 | 1 | ENTERTAINMENT CABINET | 50.00 |
| 47 | 1 | 37" TELEVISION - OLD / POOR CONDITION | 20.00 |
| 48 | 1 | BLONDE WOOD TABLE | 25.00 |
| 49 | 1 | LOT BRIC-A-BRAC | 30.00 |
| | | | |
| **BEDROOM #1** | | | **345.00** |
| 50 | 1 | WOOD FRAME FULL SIZE BED | 100.00 |
| 51 | 2 | WOOD NIGHT STANDS | 40.00 |
| 52 | 1 | DRESSER WITH MIRROR | 60.00 |
| 53 | 1 | POLAROID 21" TELEVISION - OLD | 10.00 |
| 54 | 2 | CLOISONNÉ TABLE LAMPS | 50.00 |

*Harry P. Stampler, Inc.*

| | | NATALIE NICHOLS | | |
|---|---|---|---|---|
| | | **RESIDENCE - 1531 STILLWATER DRIVE** | | |
| | | INSPECTED MAY 29, 2013 | | |
| **ITEM** | **QTY** | **DESCRIPTION** | | **Fair Market Value**<br>**TOTAL** |
| 55 | 1 | BOOKCASE WITH MIRROR | | 25.00 |
| 56 | 1 | CHEST | | 20.00 |
| 57 | 1 | FOLDING SLEEPER | | 40.00 |
| | | | | |
| **BOAT** | | | | **750.00** |
| 58 | 1 | CHECKMATE SKI BOAT - 150HP MERCURY OUTBOARD MOTOR - FL1614MZ - OLD / POOR CONDITION | | 750.00 |
| | | | | |
| | | | **TOTAL FAIR MARKET VALUE** | 3,325.00 |

Inspected on May 29, 2013 by Martin Claire

Respectfully Submitted

**Harry P. Stampler, Inc.**

Martin Claire
Vice President
ISA

Sworn to & subscribed before me this
10th day of June, 2013.

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires:   OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

*Harry P. Stampler, Inc.*

## NATALIE NICHOLS

### RENTAL UNIT - 3311 FRANKLIN AVENUE, MIAMI FL 33133

#### INSPECTED MAY 29, 2013

| ITEM | QTY | DESCRIPTION | Fair Market Value TOTAL |
|---|---|---|---|
| CONTENTS | | | **300.00** |
| 1 | 1 | LOT CLOTHING, LINENS, ETC. | 200.00 |
| 2 | 1 | DESK - OLD | 100.00 |
| **APPRAISER'S NOTE:** *THESE ITEMS LOCATED IN FURNISHED RENTAL APARTMENT. ALL OTHER ITEMS BELONG TO LANDLORD* | | | |
| | | | |
| | | **TOTAL FAIR MARKET VALUE** | **300.00** |

Inspected on May 29, 2013 by Martin Claire

Respectfully Submitted

**Harry P. Stampler, Inc.**

Martin Claire
Vice President
ISA

Sworn to & subscribed before me this
10th day of June, 2013.

Notary Public – State of Florida
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires:   OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO, INC.

*Harry P. Stampler, Inc.*

B6C (Official Form 6C) (4/13)

In re   **Natalie Lynn Nichols**                  ,      Case No. _____

                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Cash in Debtor's possession** | **Fla. Const. art. X, § 4(a)(2)** | **310.00** | **310.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **PayPal** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **0.00** |
| **The account # is Debtor's personal yahoo e-mail address.** | | | |
| **PayPal** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **0.00** |
| **The account # is Debtor's personal gmail e-mail address.** | | | |
| **City National Bank** | **Fla. Const. art. X, § 4(a)(2)** | **690.00** | **2,095.57** |
| **Special Checking Acct** | **Fla. Stat. Ann. § 222.25(4)** | **1,405.57** | |
| **Acct # 2186** | | | |
| **AmTrust Bank** | **Fla. Stat. Ann. § 222.25(4)** | **425.35** | **425.35** |
| **My Community Free Checking Acct** | | | |
| **Acct # 3333** | | | |
| **USAA Federal Savings Bank** | **Fla. Stat. Ann. § 222.25(4)** | **353.72** | **353.72** |
| **Secure Checking Acct** | | | |
| **Acct # 2441** | | | |
| **City National Bank** | **Fla. Stat. Ann. § 222.25(4)** | **1,485.00** | **1,485.00** |
| **Regular Checking Acct** | | | |
| **Acct # 2995** | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings (3311 Franklin Dr): (1 secretary - $200.00, 1 couch - $400.00, 1 dresser - $180.00, 1 39" Colby television - $75.00, and 1 19" Colby television - $25.00)** | **Fla. Stat. Ann. § 222.25(4)** | **330.36** | **880.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Fidelity Investments** | **Fla. Stat. Ann. § 222.21(2)** | **153,112.89** | **153,112.89** |
| **Fidelity Rollover IRA** | | | |
| **Acct # 5397** | | | |
| | Total: | **158,112.89** | **158,662.53** |

**0**  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Natalie Lynn Nichols__ , Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx4114**<br><br>JPMorgan Chase Bank, N.A.<br>POB 24696<br>Columbus, OH 43224 | - | | | | 5/5/2006<br><br>**First Mortgage**<br><br>Investment Real Property located at: 1541 Stillwater Dr, Miami Beach, FL 33141-1039 | | | | | |
| | | | | | Value $                    **875,000.00** | | | | 1,665,867.79 | 790,867.79 |
| Account No. **xxx2456**<br><br>Metropolitan Dade County, FL<br>Code Enforcement<br>111 NW 1 St # 1750<br>Miami, FL 33128-1981 | - | | | | 1/8/2010<br><br>**Code Enforcement Lien**<br><br>Investment Real Property located at: 801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117<br>(This property is a 4-plex.) | | | | | |
| | | | | | Value $                    **445,000.00** | | | | 2,260.00 | 2,260.00 |
| Account No. **xx-xxxx-xxx-1080**<br><br>Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | - | | | | 11/30/2013<br><br>**2013 Real Estate Taxes**<br><br>Investment Real Property located at: 1531 Stillwater Dr, Miami Beach, FL 33141-1039 | | | | | |
| | | | | | Value $                    **975,000.00** | | | | 20,573.25 | 20,573.25 |
| Account No. **xx-xxxx-xxx-1070**<br><br>Miami-Dade County Tax Collector<br>140 W Flagler St #101<br>Miami, FL 33130 | - | | | | 11/30/2013<br><br>**2013 Real Estate Taxes**<br><br>Investment Real Property located at: 1541 Stillwater Dr, Miami Beach, FL 33141-1039 | | | | | |
| | | | | | Value $                    **875,000.00** | | | | 17,531.60 | 17,531.60 |

___1___ continuation sheets attached

Subtotal
(Total of this page) | 1,706,232.64 | 831,232.64

B6D (Official Form 6D) (12/07) - Cont.

In re  **Natalie Lynn Nichols**                                                              ,    Case No. _____
                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xx3922** | | | 11/30/2008 | | | | | |
| **Miami-Dade County Tax Collector** **140 W Flagler St #101** **Miami, FL 33130** | - | | 2008 Tangible Personal Property Taxes Investment Real Property located at: 801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117 (This property is a 4-plex.) | | | | | |
| | | | Value $          445,000.00 | | | | 27.47 | 27.47 |
| Account No. **xx-xxxx-xxx-0850** | | | 11/30/2013 | | | | | |
| **Miami-Dade County Tax Collector** **140 W Flagler St #101** **Miami, FL 33130** | - | | 2013 Real Estate Taxes Investment Real Property located at: 801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117 (This property is a 4-plex.) | | | | | |
| | | | Value $          445,000.00 | | | | 10,406.94 | 10,406.94 |
| Account No. **xxxxxx7991** | | | 4/19/2006 | | | | | |
| **Select Portfolio Servicing, Inc.** **POB 65250** **Salt Lake City, UT 84165-0250** | - | | First Mortgage Investment Real Property located at: 1531 Stillwater Dr, Miami Beach, FL 33141-1039 | | | | | |
| | | | Value $          975,000.00 | | | | 1,068,508.98 | 93,508.98 |
| Account No. **xxxxxx2075** | | | 4/24/2006 | | | | | |
| **Specialized Loan Servicing, LLC** **8742 Lucent Blvd # 300** **Highlands Ranch, CO 80129** | - | | First Mortgage Investment Real Property located at: 801, 803, 805, and 807 86 St, Miami Beach, FL 33141-1117 (This property is a 4-plex.) | | | | | |
| | | | Value $          445,000.00 | | | | 1,003,907.00 | 558,907.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 2,082,850.39 | 662,850.39 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 3,789,083.03 | 1,494,083.03 |

B6E (Official Form 6E) (4/13)

.

In re    **Natalie Lynn Nichols**                                                          Case No. _____
                                                                                   ,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Natalie Lynn Nichols**                                         ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **N/A**<br><br>**Abe Spivak**<br>**1835 E Hallandale Beach Blvd # 772**<br>**Hallandale Beach, FL 33009** | | - | | | 6/1/2013<br>unpaid legal bill | | | | 500.00 |
| Account No. **xxxx xxxx xxxx 1644**<br><br>**Capital One Bank**<br>**POB 650007**<br>**Dallas, TX 75265-0007** | | - | | | 4/8/2006 - 12/31/2008<br>credit card purchases | | | | 8,000.00 |
| Account No. **xxxx-xxxx-xxxx-2998**<br><br>**Capital One Bank (USA), N.A.**<br>**POB 85520**<br>**Richmond, VA 23285** | X | - | | | 12/6/2013<br>unpaid interest charges | | | | 6.20 |
| Account No. **N/A**<br><br>**D & D Aluminum Distributors, Inc.**<br>**7500 Washington St**<br>**Hollywood, FL 33023** | | - | | | 6/1/2013 - 10/31/2013<br>unpaid shutter installation charges | | | | 1,500.00 |
| __4__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 10,006.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Natalie Lynn Nichols**                                            ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0012**<br><br>**David Herskowich, Dentist, P.A.**<br>**19016 NE 29 Ave**<br>**Aventura, FL 33180** | - | | 1/1/2012<br>unpaid medical bill | | | | 421.00 |
| Account No. **N/A**<br><br>**Dott Earl Zook III and June M. Zook**<br>**106 E Shore Dr**<br>**Key Largo, FL 33037** | X - | | 11/6/2013<br>alleged/potential dog bite claim | | X | X | Unknown |
| Account No. **xxxx5322**<br><br>**Enhanced Recovery Company, LLC**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | - | | 5/1/2011 - 12/7/2012<br>unpaid AT&T Mobility bills | | | | 1,184.13 |
| Account No. **xxxx8457**<br><br>**Enhanced Recovery Company, LLC**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | - | | 7/1/2010 - 7/6/2012<br>unpaid AT&T bill | | | | 277.16 |
| Account No. **N/A**<br><br>**Eric and Isabelle Castro**<br>**1551 Stillwater Dr**<br>**Miami Beach, FL 33141** | - | | 10/8/2013<br>alleged/potential dog bite claim | | X | X | 10,060.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,942.29

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Natalie Lynn Nichols_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxxx xxxx 8774**<br><br>**Fingerhut/WebBank**<br>**215 S State St # 800**<br>**Salt Lake City, UT 84111** | - | | | 10/1/2011 - 12/1/2011<br>credit card purchases | | | | 126.00 |
| Account No. **N/A**<br><br>**Jeff and Linda Murphy**<br>**100 E Shore Dr**<br>**Key Largo, FL 33037** | - | | | 11/6/2013<br>alleged/potential dog bite claim | | X | X | Unknown |
| Account No. **N/A**<br><br>**Lynn Esco**<br>**3565 Matheson Ave**<br>**Miami, FL 33133-6847** | - | | | 5/15/2012 - 8/8/2013<br>unpaid personal loans | | | | 29,455.00 |
| Account No. **xxxxxxxx8719**<br><br>**Mercy Hospital**<br>**POB 741547**<br>**Atlanta, GA 30374-1547** | - | | | 7/2/2011<br>unpaid medical bill | | | | 2,171.69 |
| Account No. **xxxx - xxx4082**<br><br>**Miami-Dade Code Enforcement**<br>**Clerk of Courts**<br>**111 NW 1 St # 17-50**<br>**Miami, FL 33128** | - | | | 8/26/2009<br>unpaid citation | | | | 65.00 |

| | | |
|---|---|---|
| Sheet no. __2___ of __4___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 31,817.69 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Natalie Lynn Nichols**                                                                          ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx - xxx3579**<br><br>**Miami-Dade Code Enforcement**<br>**Clerk of Courts**<br>**111 NW 1 St # 17-50**<br>**Miami, FL 33128** | - | | 7/18/2011<br>unpaid citation | | | | 190.00 |
| Account No. **xxxx - xxx2202**<br><br>**Miami-Dade Code Enforcement**<br>**Clerk of Courts**<br>**111 NW 1 St # 17-50**<br>**Miami, FL 33128** | - | | 11/3/2013<br>unpaid citation | | | | 1,015.00 |
| Account No. **xxxx - xxx2203**<br><br>**Miami-Dade Code Enforcement**<br>**Clerk of Courts**<br>**111 NW 1 St # 17-50**<br>**Miami, FL 33128** | - | | 11/3/2013<br>unpaid citation | | | | 65.00 |
| Account No. **xxx2051**<br><br>**Nationwide Recovery**<br>**215 2 St NW**<br>**Cleveland, TN 37311** | - | | 7/1/2011 - 11/1/2011<br>unpaid medical bill (Sheridan Health) | | | | 306.00 |
| Account No. **xx0774**<br><br>**Physicians Services**<br>**c/o HRRG**<br>**POB 189053**<br>**Fort Lauderdale, FL 33318-9053** | - | | 7/2/2010<br>unpaid medical bill | | | | 1,145.35 |

Sheet no. __3___ of __4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,721.35

B6F (Official Form 6F) (12/07) - Cont.

In re __Natalie Lynn Nichols_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>Stephanie Granda<br>9370 SW 72 St # A-212<br>Miami, FL 33173 | - | | 6/1/2013<br>unpaid legal bill | | | | 500.00 |
| Account No. **xxxx xxxx xxxx 2618**<br><br>USAA Credit Card Payments<br>POB 47504<br>San Antonio, TX 78265 | - | | 6/10/1999 - 11/13/2013<br>credit card purchases | | | | 59.48 |
| Account No. **xxx5302**<br><br>Vail Valley Medical 1sts<br>c/o The Advantage Group<br>POB 1180<br>Grand Junction, CO 81502-1180 | - | | 7/2/2011<br>unpaid medical bill | | | | 804.00 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

Sheet no. __4___ of __4___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 1,363.48 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 57,851.01 |

B6G (Official Form 6G) (12/07)

.

In re   **Natalie Lynn Nichols**                                                                                    ,   Case No. _____
                                                        **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Aldon Beukman**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1531 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $3,686.00.**<br>**The term of the occupancy is 3/28/2014 - 4/1/2014.** |
| **Ashley Kiley**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1531 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $2,425.00.**<br>**The term of the occupancy is 5/29/2014 - 6/1/2014.** |
| **Base Camp Miami**<br>**3311 Franklin Ave**<br>**Miami, FL 33141** | **Written Florida Residential Lease Agreement for the real property located at 3311 Franklin Ave, Miami, FL 33141.**<br>**Debtor is the Lessee under the lease.**<br>**Debtor pays $1,500.00 per month for rent.**<br>**The term of the lease is 5/16/2013 - 7/31/2014.** |
| **Christian Omander**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1541 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $8,214.00.**<br>**The term of the occupancy is 1/31/2014 - 3/2/2014.** |
| **Ian McNamara**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1541 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $3,613.00.**<br>**The term of the occupancy is 1/17/2014 - 1/20/2014.** |
| **James Calhoun**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1531 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $3,298.00.**<br>**The term of the occupancy is 1/17/2014 - 1/21/2014.** |

**1**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Natalie Lynn Nichols**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jane Price**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1531 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $7,469.00.**<br>**The term of the occupancy is 12/23/2013 - 12/30/2013.** |
| **Juan Morales & Leslie Stewart**<br>**805 86 St**<br>**Miami Beach, FL 33141-1117** | **Written Residential Apartment Lease for the real property located at 805 86 St, Miami Beach, FL 33141-1117.**<br>**Debtor is the Lessor under the lease.**<br>**Tenants pay $850.00 per month for rent.**<br>**The term of the lease is 8/1/2013 - 1/31/2014.** |
| **Katarina Makela**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1531 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $4,767.00.**<br>**The term of the occupancy is 2/7/2014 - 2/16/2014.** |
| **Maria Gagliano, Yurisbel & Diego Arias**<br>**803 86 St**<br>**Miami Beach, FL 33141-1117** | **Oral residential apartment lease for the real property located at 803 86 St, Miami Beach, FL 33141-1117.**<br>**Debtor is the Lessor under the lease.**<br>**Tenants pay $750.00 per month for rent.**<br>**The term of the lease is month-to-month.** |
| **Michelle Rowe**<br>**758 S Hickory Tr**<br>**Springfield, MO 65809** | **Oral short-term rental agreement for property located at 1541 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $15,000.00.**<br>**The term of the occupancy is 12/15/2013 - 1/14/2014.** |
| **Omar Guzman**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 1531 Stillwater Dr, Miami Beach, FL 33141-1039.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $4,025.00.**<br>**The term of the occupancy is 12/30/2013 - 1/7/2014.** |
| **Paula Adams**<br>**Unknown** | **Oral short-term rental agreement for the real property located at 801 86 St, Miami Beach, FL 33141-1117.**<br>**Debtor is the Lessor under the lease.**<br>**Tenant is to pay $3,658.00.**<br>**The term of the occupancy is 12/29/2013 - 2/28/2014.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Natalie Lynn Nichols**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeff Murphy**<br>**100 E Shore Dr**<br>**Key Largo, FL 33037** | **Dott Earl Zook III and June M. Zook**<br>**106 E Shore Dr**<br>**Key Largo, FL 33037** |
| **Linda Murphy**<br>**100 E Shore Dr**<br>**Key Largo, FL 33037** | **Dott Earl Zook III and June M. Zook**<br>**106 E Shore Dr**<br>**Key Largo, FL 33037** |
| **Lynn Esco**<br>**3565 Matheson Ave**<br>**Miami, FL 33133-6847** | **Capital One Bank (USA), N.A.**<br>**POB 85520**<br>**Richmond, VA 23285** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Natalie Lynn Nichols** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                                      12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Real Estate** | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ _____ 0.00 | $ _____ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ _____ 0.00 | +$ _____ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ _____ 0.00 | $ _____ N/A |

Debtor 1   **Natalie Lynn Nichols**                                    Case number (*if known*)

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 9,486.23 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $ 0.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 9,486.23 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 9,486.23 + $ N/A = | $ 9,486.23 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$   0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $   9,486.23

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1     **Natalie Lynn Nichols**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(If known)

</td><td>

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
    expenses as of the following date:

     _____
     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

</td></tr>
</table>

## Official Form B 6J

## Schedule J: Your Expenses                            12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     **Describe Your Household**

1.    **Is this a joint case?**

     ■ No. Go to line 2.
     ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file a separate Schedule J.

2.    **Do you have dependents?**    ■ No

| | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent........... | | | |
| Do not state the dependents' names. | | _____ | _____ | ☐ No<br>☐ Yes |
| | | _____ | _____ | ☐ No<br>☐ Yes |
| | | _____ | _____ | ☐ No<br>☐ Yes |
| | | _____ | _____ | ☐ No<br>☐ Yes |

3.    **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

**Part 2:**     **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,500.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 20.50 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 445.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1    __Natalie Lynn Nichols__                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 130.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 240.00 |
| | 6d. | Other. Specify:  __Gas/propane__ | 6d. $ | 15.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 350.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 70.00 |
| 10. | **Personal care products and services** | | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 178.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 220.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 10.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 368.00 |
| | 15c. | Vehicle insurance | 15c. $ | 220.00 |
| | 15d. | Other insurance. Specify:  __Hazard insurance__ | 15d. $ | 41.00 |
| | | __Umbrella insurance__ | $ | 48.83 |
| | | __Gap liability insurance__ | $ | 25.33 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  __Education that is a condition of employment__ | 21. +$ | 50.00 |
| | __Pet expenses__ | | +$ | 40.00 |
| | __Investment real property mortgages__ | | +$ | 12,140.12 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. $ | 16,391.78 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 9,486.23 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 16,391.78 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -6,905.55 |

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. Explain:   **The Debtor intends to file motions to value collateral for all of her investment real properties, which will substantially reduce their monthly expenses associated with those properties.**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Natalie Lynn Nichols**                                          Case No. _____
                                                    Debtor(s)          Chapter   **11**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**23**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 16, 2013**   _____        Signature   **/s/ Natalie Lynn Nichols** _____
                                                                    **Natalie Lynn Nichols**
                                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Natalie Lynn Nichols**                                                      Case No.

                                                    Debtor(s)         Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                   SOURCE

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $99,539.87 | 2013 (to date) (1531 Stillwater Dr, Miami Beach, FL 33141-1039) (rental income) |
| $110,635.92 | 2013 (to date) (1541 Stillwater Dr, Miami Beach, FL 33141-1039) (rental income) |
| $44,366.00 | 2013 (to date) (801, 803, 805, 807 86 St, Miami Beach, FL 33141-1117) (rental income) |
| $0.15 | 2013 (to date) (USAA federal Savings Bank) (1099-INT income) |

B7 (Official Form 7) (04/13)                                                                                          2

| AMOUNT | SOURCE |
|---|---|
| $6,441.00 | 2012 (1531 Stillwater Dr, Miami Beach, FL 33141-1039) (rental income) |
| $-5,197.00 | 2012 (1541 Stillwater Dr, Miami Beach, FL 33141-1039) (loss from rental real estate) |
| $-26,244.00 | 2012 (801, 803, 805, 807 86 St, Miami Beach, FL 33141-1117) (loss from rental real estate) |
| $96,099.25 | 2012 (Nagelbush Inc.) (personal injury settlement funds arising from accident that occurred on 8/31/2011) |
| $0.18 | 2012 (E*Trade Securities, LLC) (1099-INT income) |
| $0.03 | 2012 (USAA Federal Savings Bank) (1099-INT income) |
| $0.04 | 2012 (AmTrust Bank) (1099-INT) |
| $-28,015.00 | 2012 (investment real properties) (net operating loss carryover) |
| $-10,559.00 | 2011 (807 86 St, Miami Beach, FL 33141-1117) (loss from rental real estate) |
| $8,196.00 | 2011 (1531 Stillwater Dr, Miami Beach, FL 33141-1039) (rental income) |
| $-14,441.00 | 2011 (1541 Stillwater Dr, Miami Beach, FL 33141-1039) (loss from rental real estate) |
| $9,000.00 | 2011 (Fidelity Investments) (1099-R distributions) |

---

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■      b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■      c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Deutsche Bank National Trust Company, as Trustee for Holders of The Harborview 2006-5 Trust v. Natalie L. Nichols, et al Case # 12-046959 CA 58** | **Foreclosure Proceeding** | **Miami-Dade County Circuit Court Miami, FL** | **Pending** |
| **Countrywide Home Loans Servicing LP v. Natalie L. Nichols, et al Case # 08-079733 CA 59** | **Foreclosure Proceeding** | **Miami-Dade County Circuit Court Miami, FL** | **Dismissed** |
| **Lasalle Bank NA as Trustee for WAMU Mortgage Pass-Through Certificates Series 2006-AR7 Trust v. Natalie Nichols, et al Case # 08-070108 CA 59** | **Foreclosure Proceeding** | **Miami-Dade County Circuit Court Miami, FL** | **Final Judgment of Foreclosure entered on 6/10/2013. Foreclosure sale scheduled on 12/17/2013.** |
| **Regions Bank v. Natalie Nichols Case # 10-044584 CA 05** | **Foreclosure Proceeding** | **Miami-Dade County Circuit Court Miami, FL** | **Final Judgment entered on 6/14/2011. Satisfaction Of Judgment recorded on 12/13/2012.** |
| **Natalie L. Nichols v. Derkek L. Wilson and Manamie Grannum Case # 10-002288 CC 24 (01)** | **Removal of Tenant** | **Miami-Dade County Court Miami Beach, FL** | **Final Judgment for Removal of Tenant entered on 10/15/2010** |
| **Gregg Hinds v. Natalie Nichols Case # 13-020728 CC 05 (01)** | **Eviction Proceeding** | **Miami-Dade County Court Miami, FL** | **Dismissed** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                      4

---

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1 pair of rollerblades, misc. costume jewelry, 1 laptop computer, and 1 television that was taken and left in the yard damaged - $2,000.00** | **The aforementioned items were stolen from Debtor's current residence. The loss was not covered by insurance.** | **10/2/2013** |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debtorcc Inc.**<br>**372 Summit Ave**<br>**Jersey City, NJ 07306** | **2/17/2013** | **$9.95** |
| **ConsumerBankruptcyCounseling.info**<br>**CBCP/Tides**<br>**Attn: Sonya Watson**<br>**POB 29907**<br>**San Francisco, CA 94129-0907** | **8/9/2013** | **$5.00** |
| **Leiderman Shelomith, P.A.**<br>**2699 Stirling Road # C401**<br>**Fort Lauderdale, FL 33312** | **4/8/2013 - $1,000.00**<br>**7/29/2013 - $3,000.00**<br>**8/12/2013 - $6,000.00** | **$8,749.00 - fee advance**<br>**$1,213.00 - filing fee**<br>**$38.00 - credit report** |

---

B7 (Official Form 7) (04/13)                                                                                                        5

## 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Regions Bank** **2050 Pkwy Office Cir** **Hoover, AL 35244**        **None** | **11/26/2012 - 11/27/2012** | **The Debtor paid Regions Bank a total of $47,000.00 in full satisfaction of a Post-Judgment Stipulation for Settlement that was entered in case # 10-044584 CA 05, following the entry of a Final Judgment Against Defendant that was entered on 6/14/2011 for $269,726.13.  Regions Bank filed a Satisfaction of Judgment on 11/29/2012 and recorded it in the public records of Miami-Dade County, FL on 12/13/2012.** |
| **Alan J. Marcus** **20803 Biscayne Blvd # 301** **Aventura, FL 33180-1429**        **None** | **Various dates during 2011** | **Debtor wrote checks totaling $3,250.00 to pay for legal services provided.** |
| **Abe Spivak** **1835 E Hallandale Beach Blvd # 772** **Hallandale Beach, FL 33009**        **None** | **Various dates during the last 2 years** | **Debtor wrote checks totaling $19,200.01 to pay for foreclosure defense services.** |
| **Douglas J. Snyder, P>A.** **7901 SW 67 Ave # 206** **S Miami, FL 33143-4538**        **None** | **Various dates during the last 2 years** | **Debtor wrote checks totaling $8,600.00 to pay for pre-filing bankruptcy services.** |
| **Granda & Associates PA** **9370 SW 72 St # A-212** **Miami, FL 33173**        **None** | **Various dates during the last 2 years** | **Debtor wrote checks totaling $4,250.00 to pay for legal services provided.** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **SunTrust Bank** **POB 622227** **Orlando, FL 32862-2227** | **Balanced Banking Acct** **Acct # 6036** **$1,437.43** | **$1,437.43** **2/8/2013** |

B7 (Official Form 7) (04/13)                                                                                     6

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **E*Trade Clearing LLC**<br>**POB 484**<br>**Jersey City, NJ 07303-0484** | **Individual Investment Acct**<br>**Acct # 6314**<br>**$505.87** | **$505.87**<br>**2/26/2013** |
| **SunTrust Bank**<br>**POB 622227**<br>**Orlando, FL 32862-2227** | **Everyday Checking Acct**<br>**Acct # 9595**<br>**$1,250.00** | **$1,250.00**<br>**5/7/2013** |

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Laurel McLeod Nichols**<br>**416 Lake Charles Rd**<br>**Deland, FL 32724** | **1 piano - $250.00** | **1531 Stillwater Dr, Miami Beach, FL 33141-1039** |
| **Michelle Rowe**<br>**758 S Hickory Tr**<br>**Springfield, MO 65809** | **Other than the items listed in Schedule B, all other items of personal property found at this address are owned by this tenant.** | **1541 Stillwater Dr, Miami Beach, FL 33141-1039** |
| **West Tucker**<br>**1020 Meridian Ave # 415**<br>**Miami Beach, FL 33139** | **1 Xerox copy machine - $75.00, and 4 wood frame chairs - $40.00** | **Storage unit located at 7850 W 4 Ave # 25761, Hialeah, FL 33014** |
| **Lynn Esco**<br>**3565 Matheson Ave**<br>**Miami, FL 33133-6847** | **1 server with marble top and hutch - $250.00, 2 small arm chairs - $50.00, and 1 mirrored wardrobe - $100.00** | **1531 Stillwater Dr, Miami Beach, FL 33141-1039** |
| **Juan Morales & Leslie Stewart**<br>**805 86 St**<br>**Miami Beach, FL 33141** | **Security deposit - $400.00** | **Debtor's Residence** |
| **Maria Gagliano, Yurisbel & Diego Arias**<br>**803 86 St**<br>**Miami Beach, FL 33141-1117** | **Other than the items listed in Schedule B, all other items of personal property found at this address are owned by this tenant.** | **803 86 St, Miami Beach, FL 33141-1117** |
| **Juan Morales & Leslie Stewart**<br>**805 86 St**<br>**Miami Beach, FL 33141** | **Other than the items listed in Schedule B, all other items of personal property found at this address are owned by this tenant.** | **805 86 St, Miami Beach, FL 33141-0000** |

B7 (Official Form 7) (04/13)                                                                                                7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **West Tucker**<br>**1020 Meridian Ave # 415**<br>**Miami Beach, FL 33139** | **1 queen size bed with headboard - $100.00,**<br>**and 1 full size bed with headboard -**<br>**$100.00** | **1541 Stillwater Dr, Miami Beach, FL**<br>**33141-1039** |
| **Lynn Esco**<br>**3565 Matheson Ave**<br>**Miami, FL 33133-6847** | **1 figurine (birds) - $100.00** | **1541 Stillwater Dr, Miami Beach, FL**<br>**33141-1039** |

---

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1531 Stillwater Dr, Miami Beach, FL 33141-1039** | **Natalie Lynn Nichols** | **9/1/2004 - 2/1/2013** |
| **3565 Matheson Ave, Miami, FL 33133** | **Natalie Lynn Nichols** | **2/1/2013 - 5/3/2013** |
| **807 86 St, Miami Beach, FL 33141-1117** | **Natalie Lynn Nichols** | **5/3/2013 - 5/15/2013** |

---

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)                                                                                                          8

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                          10

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date    **December 16, 2013**                        Signature    **/s/ Natalie Lynn Nichols**
                                                                  **Natalie Lynn Nichols**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*