CGFD31 (9/19/08)



**ORDERED in the Southern District of Florida on November 9, 2015**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13−39738−RAM

Chapter: 11

**In re:** *Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years)*

Natalie Lynn Nichols
6538 Collins Ave
Miami Beach, FL 33141

SSN: xxx−xx−6179

## ORDER OF DISCHARGE AND FINAL DECREE

A Final Report and Motion for Entry of Final Decree has been filed on behalf of the debtor reflecting that all payments under the plan have been completed and that the debtor has filed a "Debtor's Statement Re: 11 U.S.C. §521(q)(1) Applicability, Payment of Domestic Support Obligations, Applicability of Financial Management Course and Notice of Deadline to Object" and no timely objections have been filed.

It is **ORDERED** that:

1. The debtor is discharged from any debt that arose before the date of confirmation of the Plan, and any debt of a kind specified in 11 U.S.C. §502(g), (h) or (i) except as provided in the Plan or in this Order; The discharge does not discharge a debtor from any debt excepted from discharge under 11 U.S.C. §523.

2. This chapter 11 case is closed.

# # #

The clerk shall serve a copy of this order on all parties of record.